UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Insignia Systems, Inc.<br><br>Plaintiff,<br><br>v.<br><br>News America Marketing In-Store, Inc.<br><br>Defendant. | Civil File No. 00-1917 ADM/SRN<br><br>**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

**STIPULATION**

Defendant News American Marketing In-Store, Inc. ("News America") and Plaintiff Insignia Systems, Inc. ("Insignia"), by their undersigned counsel, hereby stipulate and respectfully request that the Court issue an Order extending the time for Defendant New America to Answer or Otherwise Respond to Plaintiff's Complaint until October 9, 2000.

Date: September 7, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

Richard J. Wegner #128429
Kari L. Wraspir #28029X
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7300
Fax No.: (612) 607-7100

Stacey Anne Mahoney, Esq.
Constantine & Partners
477 Madison Avenue
New York, New York 10022
Telephone: (212) 350-2700
Fax No.: (212) 350-2701

**ATTORNEYS FOR THE DEFENDANT**

FILED SEP 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: September 7, 2000

**LINDQUIST & VENNUM, PLLP**

By: ______________________________

Thomas Pursell #012168x
Joseph A. Thomson #170318
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Fax No.: (612) 371-3207

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

The mater came before the Court on September _____, 2000 at the request of the Parties to extend the time for Defendant to answer or otherwise plead in response to Plaintiff's Complaint until October 9, 2000. Based upon the information presented to this Court, Defendant's time to answer or otherwise plead is extended as stated in the above stipulation.

**IT IS SO ORDERED**

Date: September 8, 2000

BY THE COURT:

Susan Richard Nelson

The Honorable Magistrate Judge Susan Richard Nelson