UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| **INSIGNIA SYSTEMS, INC., a Minnesota corporation,** | ) | **CIV. NO. 00-CV-1917** |
| | ) | **(Montgomery, J.)** |
| **Plaintiff,** | ) | **(Nelson, M.J.)** |
| | ) | |
| | ) | **JOINT STIPULATION AND ORDER** |
| | ) | **FOR AN EXTENSION OF TIME FOR** |
| **NEWS AMERICA MARKETING IN-STORE, INC., a Delaware corporation,** | ) | **DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION

Defendant News America Marketing In-Store, Inc. ("News America") and Plaintiff Insignia Systems, Inc., ("Insignia"), by their undersigned counsel, hereby stipulate and respectfully request that the Court issue an Order extending the time for Defendant News America to Answer or Otherwise Respond to Plaintiff's Complaint until February 15, 2001.

Dated December 14, 2000

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: [signature]
Richard J. Wegener #128429
Kari L. Wraspir #28029X

Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
Tel. No.: (612) 607-7000
Fax No.: (612) 607-7100

Stacey Anne Mahoney, Esq.
Constantine & Partners, P.C.
477 Madison Avenue, 11th Floor
New York, New York 10022
Tel. No.: (212) 350-2700
Fax No.: (212) 350-2701
**ATTORNEYS FOR THE DEFENDANT**

DEC 19 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 14, 2000

**LINDQUIST & VENNUM, PLLP**

By: ______________________

Thomas Pursell #012168X
Joseph A. Thomson #170318

4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel. No.: (612) 371-3211
Fax No.: (612) 371-3207

**ATTORNEYS FOR PLAINTIFF**

**ORDER**

The matter came before the Court on December 18, 2000 at the request of the Parties to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint until January 15, 2001. Based upon the information presented to this Court, Defendant's time to answer or otherwise plead is extended as stated in the above stipulation.

**IT IS SO ORDERED.**

Dated: December 18, 2000

BY THE COURT:

Susan Richard Nelson

Hon. Susan Richard Nelson
United States Magistrate Judge