**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Insignia Systems, Inc.,**

**Plaintiff,**

**v.**

**News America Marketing In-Store, Inc.,**

**Defendant.**

**Civil No. 00-1917 (ADM/SRN)**

**ORDER**

---

The above entitled matter came before the undersigned United States Magistrate Judge on Defendant's request for an extension of the deadline to answer or otherwise respond to the Complaint. Plaintiff does not object to Defendant's request. The parties have stipulated to extend the deadline until February 15, 2001.

**IT IS HEREBY ORDERED** that Defendant shall have until February 15, 2001, to file an answer or otherwise respond to the Complaint.

DATED: January 3, 2001

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

No further extensions will be granted.

FILED JAN 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________