UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Insignia Systems, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>News America Marketing In-Store, Inc.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil File No. 00-1917<br><br>**ORDER** |

Upon the attached Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 15, 2001.

BY THE COURT:

Ann D. Montgomery
United States District Judge

Doc# 1374805\1

FILED MAR 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 15 2001
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Insignia Systems, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>News America Marketing In-Store, Inc.<br><br>Defendant. | ) | Civil File No. 00-1917<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 4l(a)(1) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action, without prejudice. The parties will bear their own costs, disbursements, and attorney fees.

Dated: March 9, 2001.

**LINDQUIST & VENNUM P.L.L.P.**

By: Thomas F. Pursell
Thomas F. Pursell, #012168x
444 Cedar Street, Suite 1700
St. Paul, Minnesota 55101
(651) 312-1300

**Attorneys For Plaintiff**
**Insignia Systems, Inc.**

Dated: March 14, 2001.

**OPPENHEIMER, WOLFF & DONNELLY**

By: ________________
Kari L. Wraspir, # 28029X
Plaza VII Building, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402
(612) 607-7000

**Attorneys For Defendant**
**News America Marketing In-Store, Inc.**

Doc# 1374805\1